1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone:   (916) 922-9270**
   **Facsimile:   (916) 922-2465**
4
   **Attorney for Defendant**
5  **THOMAS DAILY**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 09-cr-413 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| CHRISTOPHER HEINEN, et al., LAURA HEINEN THOMAS DAILY | ) ) ) ) ) | |
| Defendant. | ) ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, and defendants, Thomas Daily, by and his counsel, Ron Peters, Christopher Heinen, by and his counsel, David Dratman, and Laura Heinen, by and her counsel, Candace Fry agree and stipulate to vacate the existing status conference date in the above-captioned action, October 29, 2009, and to continue the matter to December 17, 2009 at 9:00 a.m., for status conference in the courtroom of the Honorable Morrison C. England, JR.

This continuance is requested by the defense to secure additional discovery and review at least 2,000 of already discovered documents. Counsel David Dratman is in trial in Yolo County and is not expected to conclude that case until the beginning of December 2009. The defense seeks to exclude time under Local Rules T-2 and T-4 based upon case preparation and continuity of counsel. The Court is advised that Mr. Dratman, and Mrs. Fry concurs with the December 17, 2009 status conference date and have authorized Mr.

1  Peters to sign this stipulation on his behalf.

2      The parties further agree and stipulate that the period for the filing of this stipulation
3  until December 17, 2009, should be excluded in computing time for commencement of trial under
4  the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)
5  and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for
6  effective presentation. It is further agreed and stipulated that the ends of justice served in
7  granting the continuance and allowing the defendant further time to prepare outweigh the
8  best interests of the public and the defendants in a speedy trial.
9  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10  **IT IS SO STIPULATED**

12      Respectfully submitted

14  DATE: 10/28/09　　　　　　　　　　By:　　/s/Ron Peters
　　　　　　　　　　　　　　　　　　　　　　RON PETERS
15　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　THOMAS DAILY

17  DATE: 10/28/09　　　　　　　　　　By:　　/s/ Michael Beckwith
18　　　　　　　　　　　　　　　　　　　　　Michael Beckwith
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

20  DATE: 10/28/09　　　　　　　　　　By:　　/s/ David Dratman
　　　　　　　　　　　　　　　　　　　　　　DAVID DRATMAN
21　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Christopher Heinen

23  DATE: 10/28/09　　　　　　　　　　By:　　/s/ David Dratman
　　　　　　　　　　　　　　　　　　　　　　CANDACE FRY
24　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Laura Heinen

# ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to December 17, 2009 at 9:00 a.m. The court finds excludable time in this matter from October 29, 2009 through December 17, 2009 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial 18 U.S.C. 3161(h)(8)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE