DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CHRISTOPH HEINEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPH HEINEN, LAURA HEINEN AND THOMAS DAILY,<br><br>Defendants. | **CR-S-09-413 MCE**<br><br>**STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendants, through their attorneys, David W. Dratman for Christoph Heinen, Ean Vizzi for Laura Heinen and J. David Nick for Thomas Daily, that the status conference scheduled for April 29, 2010 be continued to June 24, 2010 at 9:00 a.m.

Each of the defense counsel on behalf of their respective clients requests the exclusion of additional time under the Speedy Trial Act to enable defense counsel to continue to review the voluminous discovery provided to date; and, to informally obtain and review additional materials that have been requested from the United States.

The parties stipulate and agree that the time from the date of this stipulation, April 28, 2010 through and including June 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare

1  and continuity of defense counsel).

2  Dated:  April 28, 2010                    /s/ David W. Dratman
                                             DAVID W. DRATMAN
3                                            Attorney for Defendant
                                             CHRISTOPH HEINEN
4

5  Dated:  April 28, 2010                    /s/Ean Vizzi
                                             EAN VIZZI
6                                            Attorney for Defendant
                                             LAURA HEINEN
7                                            *Signed with permission

8  Dated:  April 28, 2010                    /s/ J. David Nick
                                             J. DAVID NICK
9                                            Attorney for Defendant
                                             THOMAS DAILY
10                                           *Signed with permission

11 Dated:  April 28, 2010                    BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY
12

13                                           By: /s/ Michael M. Beckwith
                                             MICHAEL M. BECKWITH
14                                           Assistant U.S. Attorney
                                             *Signed with permission
15

16                                           ORDER

17      The Court, having considered the stipulation of the parties, and good cause appearing

18 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the

19 stipulation of the parties, the Court finds that the failure to grant a continuance in this case

20 would deny defense counsel reasonable time necessary for effective preparation, taking into

21 account the exercise of due diligence, and defendant continuity of counsel.  The Court

22 specifically finds that the ends of justice served by the granting of such continuance outweigh

23 the interests of the public and that the time from the date of the stipulation, April 28, 2010, to

24 and including June 24, 2010, shall be excluded from computation of time within which the trial

25 of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

26 //

27 //

28 //

1  3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and
2  continuity of defense counsel).
3      It is so ordered.
4  Dated: April 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE