**J. DAVID NICK, Esq.** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE LERMAN** (SB#241471)
695 South Dora Street
Ukiah, CA 95482
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Defendant
THOMAS JOSEPH DAILY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:09-cr-00413-MCE-5 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. ) | |
| ) | |
| HEINEN, et al ) | |
| ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendants, through their attorneys, David W. Dratman for Christoph Heinen, Ean Vizzi for Laura Heinen and E.D. Lerman for Thomas Daily, that the status conference scheduled for March 3, 2011, be continued to April 7, 2011 at 9:00 a.m.

Each of the defense counsel on behalf of their respective clients requests the exclusion of additional time under the Speedy Trial Act to enable defense counsel to continue to review the voluminous discovery provided to date; and, to informally obtain and review additional materials that have been requested from the United States.

The parties stipulate and agree that the time from the date of this stipulation, March 3, 2011, through and including April 7, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated: February 28, 2011

           /s/ E. D. Lerman_____
E. D. LERMAN
Attorney for Defendant
THOMAS DAILY

Dated: February 28, 2011

  /s/ David W. Dratman_____
DAVID W. DRATMAN
Attorney for Defendant
CHRISTOPH HEINEN
*Signed with permission

Dated: February 28, 2011

   /s/Ean Vizzi_____
EAN VIZZI
Attorney for Defendant
LAURA HEINEN
*Signed with permission

Dated: February 28, 2011

   /s/Michael Beckwith_____
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney
*Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 3, 2011, to and including April 7, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

It is so ordered.

DATED: March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE