1 **EAN VIZZI, SBN 209444**
2 506 Broadway
  San Francisco, CA 94133
3 Tel. 415-986-5591
  Fax 415-421-1331
4
  Attorney for Defendant
5 LAURA HEINEN

6

7 UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
8                SACRAMENTO DIVISION

9                      * * * * * *

10 | UNITED STATES OF AMERICA, | ) | CASE NO.: 2:09-CR-00413-MCE-5 |
|---|---|---|
|  | ) |  |
11 |  | ) | **STIPULATION AND ORDER** |
|        Plaintiff, | ) | **CONTINUING STATUS** |
12 |  | ) | **CONFERENCE AND EXCLUDING** |
|        vs. | ) | **TIME UNDER THE SPEEDY** |
13 |  | ) | **TRIAL ACT** |
|  | ) |  |
14 | HEINEN et al | ) |  |
|  | ) |  |
15 |  | ) |  |
|        Defendants. | ) |  |
16 |  | ) |  |

17     IT IS HEREBY STIPULATED between the United States of America, through its

18 attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendants, through

19 their attorneys, David W. Dratman for Christoph Heinen, Ean Vizzi for Laura Heinen and E.D.

20 Lerman for Thomas Daily, that the status conference scheduled for April 7, 2011 be

21 continued to July 21, 2011 at 9:00 a.m. Each of the defense counsel on behalf of their respective

22 clients requests the exclusion of additional time under the Speedy Trial Act to enable defense

23 counsel to continue to review the voluminous discovery provided to date; and, to informally

24 obtain and review additional materials that have been requested from the United States.

25 ///

26

The parties stipulate and agree that the time from the date of this stipulation, April 7, 2011, through and including July 21, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated: April 5, 2011

    /s/ E. D. Lerman_____
E. D. LERMAN
Attorney for Defendant
THOMAS DAILY
*Signed with permission

Dated: April 5, 2011

 /s/ David W. Dratman_____
DAVID W. DRATMAN
Attorney for Defendant
CHRISTOPH HEINEN
*Signed with permission

Dated: April 5, 2011

   /s/Ean Vizzi_____
EAN VIZZI
Attorney for Defendant
LAURA HEINEN

Dated: April 5, 2011

   /s/Michael Beckwith_____
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney
*Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, April 7, 2011, to and including July 21, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

**Date:  4/6/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE**

I, Erika Larson, declare as follows:

I am a resident of the State of California, residing or employed in San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 506 Broadway, San Francisco, CA 94133.

On April 5, 2011,

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

Michael M. Beckwith
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
michael.beckwith@usdoj.gov
ATTORNEY representing USA (Plaintiff)

David Warren Dratman
David W. Dratman, Attorney at Law
1007 7th Street, Suite 305
Sacramento, CA 95814
(916) 443-2000
(916) 443-0989 (fax)
dwdratman@aol.com
ATTORNEY representing Christoph Heinen (1) (Defendant)

E.D. Lerman
695 S. Dora St.
Ukiah, CA 95482
Tel: 707/937-1711
Fax: 707/468-8300
ATTORNEY representing Thomas Daily (2) (Defendant)

///
///

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5th day of April, 2011, at San Francisco, California.

2  ---------------/s/-------------------
3  Erika Larson