DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CHRISTOPH HEINEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPH HEINEN, et al.,<br><br>Defendants. | **CR-S-09-413 MCE**<br><br>**REQUEST AND ORDER TO EXONERATE BAIL AND TO RECONVEY REAL PROPERTY AND TO RETURN PASSPORT** |

Based upon the notification that Defendant, Christoph Heinen has surrendered to the Bureau of Prisons to commence his sentence, it is respectfully requested that the real property posted in support of his release be exonerated and re-conveyed forthwith; and, that the passport of Christoph Heinen be returned to his undersigned attorney.

Dated: August 29, 2012        /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              CHRISTOPH HEINEN

**ORDER**

IT IS SO ORDERED.

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE