# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### M E M O R A N D U M

Honorable Morrison C. England, Jr.      **RE:  Christoph Heinen**
United States District Judge            **Docket Number:  0972 2:09CR00413-001**
Sacramento, California                  **<u>PERMISSION TO TRAVEL</u>**
                                        **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Christoph Heinen is requesting permission to travel to Munich, Germany and Austria. Christoph Heinen is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 18, 2012, Christoph Heinen was sentenced for the offenses of 21 USC 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class B Felony); and 31 USC 5324(a)(3), Structuring Transactions to Avoid Reporting Requirements (Class D Felony).

**Sentence Imposed:** 37 months imprisonment, 48 months Supervised Release, and $200 Special Assessment (Paid).  Special Conditions:  Warrantless Search; Financial Disclosure; Financial Restrictions; Drug/Alcohol Treatment; Drug/Alcohol Testing; Mental Health Treatment; Aftercare Co-payment

**Dates and Mode of Travel:**  June 26, 2017, through July 5, 2017.  Travel arrangement will be made upon Court approval.

**Purpose:**  Will be travelling with parents for a funeral.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_COURT MEMO.DOTX

RE:     **Christoph  Heinen**
        **Docket Number:  0972 2:09CR00413-001**
        **<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


                        Respectfully submitted,

                        /s/ Tim Mechem

                        Tim D. Mechem
                Supervising United States Probation Officer

Dated:     May 15, 2017
           Fresno, California
           TDM/rmv


                        /s/ Brian J. Bedrosian

**REVIEWED BY:**     _____

                    **Brian J. Bedrosian**
                    **Supervising United States Probation Officer**

_____

# ORDER OF THE COURT

**The Court orders:**

        ☒ Approved    ☐ Disapproved


**Dated:  May 18, 2017**

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_COURT MEMO.DOTX